IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RALPH TANKSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-118 |
| | ) | |
| CEDAR ROCK PLANTATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 7.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 2), **REMANDS** this case to the Magistrate Court of McDuffie County, State of Georgia, case number 2024MV0571, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 23rd day of August, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA